Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Southern Division

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JUN 12 2024**
**ARTHUR JOHNSTON**
BY_____ DEPUTY

Merlin Lkent Williams
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attached Injunction/Motion
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:24cv175 TBM-BWR
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Merlin Lkent Williams |
| Street Address | 242 McDonnell Avenue Apt. A14 |
| City and County | Biloxi, Harrison County |
| State and Zip Code | Mississippi, 39531 |
| Telephone Number | 228 424 0562 |
| E-mail Address | n.f.e.s.ex.b.o.s.@gmail.com |

    **B.    The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

B. Defendant No. 1:
  Name: STATE OF MISSISSIPPI
  Job or Title: STATE OF THE UNITED STATES OF AMERICA

Defendant No. 2:
  Name: HARRISON COUNTY SHERIFF DEPARTMENT A.D.C.
  Job or Title: JAIL DETENTION CENTER
  Street Address: LARKIN SMITH ROAD
  City and County: GULFPORT, COUNTY OF HARRISON
  State and Zip Code: MISSISSIPPI, 39501

Defendant No. 3:
  Name: CITY OF GULFPORT POLICE DEPARTMENT
  Job or Title: LAW ENFORCEMENT

Defendant No. 4:
  Name: HARRISON COUNTY CIRCUIT COURT OF LAW
  Job or Title: TRIAL COURT

Defendant No. 5:
  Name: MISSISSIPPI DEPARTMENT OF CORRECTION
  Job or Title: PRISON

Defendant No. 6:
  Name: MISSISSIPPI SUPREME COURT OF LAW
  Job or Title: APPEALS COURT

Defendant No. 7: MURIEL B. ELLIS
  Job or Title: CLERK OF COURT

Defendant No. 8:
  Name: JIM M. GREENLEE
  Job or Title: JUDGE

Defendant No. 9:
  Name: VIRGINIA CARTER CARLTON
  Job or Title: JUDGE

Defendant No. 10:
  Name: LESLIE D. KING
  Job or Title: JUDGE

Defendant No. 11:
  Name: MICHAEL K. RANDOLPH
  Job or Title: JUDGE

Defendant No. 12:
  Name: MOLLIE M. McMILLIN
  Job or Title: PUBLIC DEFENDER INDIGENT APPEALS DIVISION

D.1

DEFENDANT No. 13:
 NAME: TROY PETERSON
 JOB OR TITLE: SHERIFF

DEFENDANT No. 14:
 NAME: JERRY BIRMINGHAM
 JOB OR TITLE: DETECTIVE

DEFENDANT No. 15:
 NAME: CHRISTOPHER LOUIS SCHMIDT
 JOB OR TITLE: CIRCUIT COURT JUDGE

DEFENDANT No. 16:
 NAME: EDWENA MARIE MYLES
 JOB OR TITLE: PERSON OF INTEREST

DEFENDANT No. 17:
 NAME: FRIEDA HENRY
 JOB OR TITLE: PERSON OF INTEREST

DEFENDANT No. 18:
 NAME: VIRGINIA DIXIE MCKAY
 JOB OR TITLE: FOREMAN OF GRAND JURY

DEFENDANT No. 19:
 NAME: CHERISH GIBBS
 JOB OR TITLE: PERSON OF INTEREST JURY MEMBER

DEFENDANT No. 20:
 NAME: RICHARD PENNINGTON
 JOB OR TITLE: MDOC OFFICIAL

DEFENDANT No. 21:
 NAME: JOSEPH COOLEY
 JOB OR TITLE: ARP INVESTIGATOR MDOC

DEFENDANT No. 22:
 NAME: RON KING
 JOB OR TITLE: MDOC OFFICIAL

DEFENDANT No. 23:
 NAME: BURL CAIN
 JOB OR TITLE: MDOC COMMISSIONER

DEFENDANT No. 24:
 NAME: LOUIS GUIROLA, JR.
 JOB OR TITLE: US DISTRICT JUDGE

D.2

DEFENDANT No. 25:
  NAME: ROBERT P. MYERS
  JOB OR TITLE: MAGISTRATE JUDGE

DEFENDANT No. 26:
  NAME: STATE OF MISSISSIPPI'S JUDICIAL BRANCH
  JOB OR TITLE: COURT OF LAW

DEFENDANT No. 27:
  NAME: STATE OF MISSISSIPPI'S PENAL SYSTEM
  JOB OR TITLE: DEPARTMENT OF CORRECTION

DEFENDANT No. 28:
  NAME: STATE OF MISSISSIPPI'S BUREAU OF PRISONS
  JOB OR TITLE: DEPARTMENT OF CORRECTION

DEFENDANT No. 29:
  NAME: NATIONAL CRIMINAL INFORMATION CENTER
  JOB OR TITLE: CONTACT CENTER

DEFENDANT No. 30:
  NAME: EVERY UNITED STATES ARRESTING AGENCY THAT USES SAID DEFENDANT No. 29 NATIONAL CRIMINAL INFORMATION CENTER WORLD WIDE COMPUTER DATABANK
  JOB OR TITLE: ARRESTING AGENCIES

DEFENDANTS, ET CETERA ALIA.

D.3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 USC §1030; 18 USC §983(f); 42 USC §1985(2)(3); 28 USC §1343(a), 28 USC §1331, 28 USC §1332, 28 USC §1983; Due Process Provision; Injunctive Relief Provision; Open Court Provision; Freedom To Petition Provision; False Imprisonment Provision; In Forma Pauperis Provision; Liberty Provision

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Merlin Lkent Williams, is a citizen of the State of *(name)* Mississippi.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* State Of Mississippi, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

    b.    If the defendant is a corporation

The defendant, *(name)* State Of Mississippi, is incorporated under the laws of the State of *(name)* Mississippi, and has its principal place of business in the State of *(name)* Mississippi.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

INJUNCTIVE RELIEF

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE III ATTACHMENT

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE IV ATTACHMENT

## III. Statement of Claim

I Am Not Merlin Kent Williams, According To The Actuality Of The Federal Government's Agency Of Social Security Administrations, National Computer-Wide Database Of The Intellectual Property Heirloom Of I Merlin L. Williams, Aka Merlin Lkent Williams As A Merlin Williams, According To A First Name, Last Name Basis, To Which The State Of Mississippi Is So In Violation Of United States Code Section 1030 Of Title 18 Computer Fraud And Abuse Act, As Taken In Bad Faith Litigation Of The United States Judicial Branch.

That Does So Involve The Particular Person Of Interest As Spoken Lkent, Merlin Williams Of The United States Social Security Administration's 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 Computerized Documentation Of The State Of Mississippi Invalid And Fraudulent Misuse Of Both Property Perspectives According To Intellectual Property And Corporeal Property, To Which The State Of Mississippi's Trial Court Of Harrison County Has So False Imprisoned The Social Security Of I Merlin Lkent Williams And The Particular Property Perspectives Without Legal Justification.

Hence, Accordingly, Pursuant To Forfeiture Statute 18 USC § 983(f) The Corporeal Property With Intellectual Property Merlin Lkent Williams Is Not So Forfeited. And According To Injunctive Relief I Am So Entitled To An Injunction Against The Defendant's Computer Fraud, And Pursuant Due Process Clause I Am Entitled To Be Released From The Defendant's Falsities And Department Of Corrections Supervision Towards Their Computer Fraud Use Of My '8214 Social Security Number.

As All The Defendant's Have So Aided And Abetted The Computer Fraud Abuse Of My Personal Property 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 Social Security Number. As Condoned, Facilitated, Turned A Blinded Eye To The Violation Of United States Code 18 USC § 1030.

As These Acts Took Place To My Actual Knowing 2016/07/05 To Present. That Does So Personally Affect I Merlin Lkent Williams As An United States Citizen And A Person In An Individualized Way.

# IV. RELIEF

- NOMINAL DAMAGES
- INJUNCTIVE RELIEF
- RELEASE OF CORPOREAL PROPERTY FROM DEFENDANT'S SUPERVISION

BECAUSE AT THIS TIME I AM BEING HELD ON SUPERVISION STATUS AS MERLIN KENT WILLIAMS. SO INJUNCTIVE RELIEF IS PROSPECTIVE ACCORDING TO PREVENT CURRENT, ONGOING CONDUCT THAT THREATENS FUTURE HARM. LYONS PARTNERSHIP, L.P. V. MORRIS COSTUMES, INC.; 243 F.3d. 789, 799 (4th Cir. 2001)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/11/2024

Signature of Plaintiff

Printed Name of Plaintiff    Merlin Kent Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Street Address           _____
State and Zip Code       _____
Telephone Number         _____
E-mail Address           _____